PHILIP D'ARRIGO, M.D., ETC., PLAINTIFF–RESPONDENT, v. THE SOUTH JERSEY HOSPITAL SYSTEM, ET AL., DEFENDANTS–MOVANTS.

November 6, 2002.

It is ORDERED that the motion for leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits.

812 A.2d 1105

DANIEL ORENBERG AND JOHN SCHELLER, PLAINTIFFS–RESPONDENTS, v. MARTHA GREENBLATT AND JOSEPH DE-GENNARO, DEFENDANTS, AND MARTIN GREENBLATT, DEFENDANT THIRD–PARTY PLAINTIFF–APPELLANT, v. ALLEN COHEN, ET AL., THIRD–PARTY DEFENDANTS.

November 6, 2002.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having deter-

mined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.